No. 1298. **Symmes *v.* Symmes.** April Term, 1882.

1. A refusal to continue or recommit a case is not appealable. " These are matters of administration which arise in the pro-

gress of a cause, and must from the necessity of the case be left to the prudent and wise discretion of the Circuit judge."

2. A matter involved in a cause and finally disposed of by a circuit decree, from which no appeal is taken, becomes *res adjudicata*, and cannot be again stirred in the further progress of the cause. Judgment of Fraser, J., affirmed. OPINION by MR. JUSTICE McGOWAN, November 14th, 1882. *E. F. Stokes*, for appellant. *T. Q. Donaldson, M. F. Ansel*, contra.